environmental deficit encroachmt    FDC civil-criminal-bankruptcy  case # _____   01/ 21/ 2020
30-yr  H hate-crime sues for an
environmental-budget $100 billion

## Original Petition 2019

(individual, non structural)   <u>Ron</u>   vs   Houston(H)-Tx-USA (city-state-fed, structural-deficit-failure)
Charge: failure to mitigate-stop floodg violates <u>FEMA100 = Unified National Program for Floodplain Mnt</u>
                                                                                                    FPM
Hampton Ronald Hanley = Ron is the PLAINTIFF-complaining(a non-flooding  complaining-homeowner).
                                            vs
H-Tx-USA is the DEFENDANT-pervert means unnaturtal(30+ flds over 30yrs is comfortable perverted,
                                    organized-crime and violates FEMA100 = FPM for 30yrs)
<u>List the defendants-14+</u>: = pig circus, why? The hunt operates deficit slavery corrupt economics-suscide.
City of Houston (COH = H ) + 14 deficit-defendants (jobs for Americans , jobs-4-Amrs)
COH, Mayor Slyvester Turner, 900 Bagby, H, 77002, 832/393-1000.
Harris County Appraisal Dist(HCAD), Jim Robibson, 13013 NW fwy, H 77040, 713/957-7800, fld tax =$1.00
Fed Emergency Mangmt Agency(FEMA), Dir David Paulison, 500C St SW, Washgton DC 20472
Ann Bennett, Tax Assessor-Collector, PO Box 4622, H-77210, 713/368-2000, property tax = $1.00
Director Spring Branch ISD tax Office at 955 Cambell, H-77224, 713/251-7960, school tax $1.00
FDC-Federal District Court clerk, 515 Rusk, H-77002, 713/250-5500 No great prejudice-bias Nancy Atlas
                                or 29yr fld-vacation granny-dismiss Judge Lee Rosenthal(Lee)
SDC-State District Court Harris County Civil courthpuse clerk, 201 Caroline, H-77002, 713/368-7150.
HC Probate Civil Court 2, Judge Mike Wood, 201Caroline suite 680, H-77002, 713/368-7150.
#45 President Donald Trump(Don), 1600 Pennsylvania Ave NW, Washington DC,20500,202/456-1414.
Social Securiy(SS), 6401 Security Blvd, Baltimore MD, 21235; Commissioner Mike J Astrue.
Harris County Flood Control(HCFC), 9900 NW Hwy, H-77092; 713/684-4000. Dir Russell Poppe
COH Municipal Court 12, 1400 Lubbock, H-77002
Public Work & Engineerg (flood -drainage fee-tax $1.00), 600 Walker, 25th flr, H-77002, Dir Dale Rudick.
Dept of Neighborhd(DUN)dont confuse with Don-#45; 7125Ardmore St. H-77054, Dir Reggie Harris(DRH)
                                            "he likes the action", $12,500 lien,  832/394-0600
Medical-health


to the honorable FDC Judge Pervert (pervert means unnatural violates FPM);

<u>Cause of Action, Charges, Complaint</u>: All violation-fraud stems from <u>1986 fed-law; FEMA100 = A Unified
National Program for Floodplain Management = FPM = the environment law</u>. Who is Ron? Ron is a fed-
agent, <u>fed-police for nonstructural-FPM-environment</u>; according to FPM, education, science, common
sense and flood-history(Rons-home beat <u>30+, 100yr floods</u> in H's White Oak Bayou: last 2-flds were
Hurricane Harvey(HH)  8/28/2017 and 9/19/2019 TS Imala[ 2ft high than HH]). Flooding is getting
noticable worse.
<u>LIST OF CHARGES: Feds-state-city fraud their own law = FPM violations</u>:
<u>Failure to mitigate</u>-stop flooding; (30+ floods in 30-yrs is organized-crime failure)
Non-flooding, individual-Ron, non structural FPM is the future;
Non structural = structural in all financing; ties environment-Ron = <u>federal deficit reduction</u>
Individual FPM is to be <u>encouraged</u> by all fed-state-city, courts-agencies-employees-all taxes
Nothing <u>adverse</u> to non-floodg FPM;(30yr hunt, homeless 5yr 91-96, jail-10X, 6day abatement, $12K lien)
NATURAL LAW means no supernatural, religious, Jesus saves God-crap(Mayor Turner calls flood-blessing)

Use current fld-history to predict future-flds(30+ flds in 30-yrs means Aug 28 to Sept 19 = 23days, H-fld)
Violate: education-common sense-logic-reasoning-nature-flood history-science. H practices deficit-slavery-perverted-tyranny-opression-racism-lockup-economics etc...
Obstruction of Fed-law by obstructing non flooding, non-structural FPM-Ron: is how H killed-Earth.
<u>Abuse of power</u> by: Pres Trump, H-Mayor, all courts, all gov employees, cops, etc.
<u>Obstuction toward Science and Ron</u>
<u>Scattered-framented-inconsistant</u>: fraud-failure at all levels of government and court.
<u>Moral resposibility at all levels of gov...</u> by everyone, all practical means. (fed bankruptcy-criminal crt).
<u>Predicting future flood probabilities</u>
<u>Political pressure in favor of the individual</u>
<u>Real or realistic</u> means it exist-actuality-fact-science. Not a con like God-gun-gov-deficit-failure-garbage.

<u>LIST WHAT RON IS SUING</u> FOR and entitled-to according to FPM: Encourage by all government-employees( anybody collecting a fed-deficit-paycheck) toward <u>individual-nonstructural-FPM fed-agent-Ron</u> . All Rons taxes are $1 since 3/4/1992, Houstons 1st flood (when Ron was hired-started keep-score of H-flds). An environmental-budget of $100-billion(got the idea from <u>S&L deficit-bllion-boys-club</u>(BBC) and <u>Bush-Family Christian values</u> (BFCV). The S&L con-men, the BBC: Neil Bush, Mayor Bob Lanier, Pres Bush1&2). A jury-trial demanded now because the planet-Earth is in peril and it is H-flooding deficit-failure fault. HOW DO YOU KILL: a president, 2-economies and a planet? Houston-Tx-LBJ killed JFK-1963, 1988 Bush1, 2000 Bush2 and planet-Earth(Saturn-5 rocket punches holes in the ozone, unless they use the same hole). Why in FDC? Because fed-law(state does not do fed-law, constitutional rights, private-property rights, civil rights, etc).
Why in fed-criminal or fed-bankruptcy crt? H-municipal crt, state-crt and Fed-civil does not do fed-law or FPM-environment(the city of H is the one that gave Ron the fed-FPM law).

STORY TIME: How do U kill a democracy + a president? H-Tx-VP LBJ produced the 1st & 2nd deficit-failure (parade + Nam). Ron graduated from high-school in 1969(Spring Woods) and word was out U go to Nam U die. Ron never liked the way H-Tx-LBJ popped-JFK(1963) in a Dallas motorcade-parade so LBJ put 1/2millon Marines(1st responders) in Nam(police action with M-16 assalt weapons). SMALL PROBLEM: Within 6-months (JFK popped and 500,000 Marines in Nam) nobody would fight; not the North(N) or S-Vietnamese(no weapons, no army, no chain-of-command). Somebody went through a lot of trouble for NOTHING. Whats LBJ next move? He took a trick from US Injun-History, make them homeless then exterminate. LBJ torched 400-villages in the S so they went N(but still no-weapons). The S had to use Marines M-16 on LBJ(1st battle 1-M-16, 2nd then 2, then 4). That was OK with LBJ, he got his war. LBJ was a micro-manager of deficit-failure(every plane-bomb-target-pilot-mission). LBJ saying "if its good for Tx, its good for USA". LBJ was a tyrant(harsh-cruel-oppressor) of deficit-failure. Why didnt LBJ run for a 2nd term as president? He would have died in office so somebody killed-stole JFKs 2nd term for LBJs 1st term(and only term).
The S and N quickly realized the made-in-America M-16 malfuctioned when wet or dirty. China had the AK-47 which operated just fine in rain or mud. TV did a documentary on the V-war proved everything Ron said. When N-generals were asked "what was the 1-thing they credit-won the V-War? N-Generals said-we had the AK-47 and rain and USA had the M-16.
When did <u>public-shooting-terrorism</u> in USA start? 1963 <u>JFKs Dallas Motorcade parade</u>(VP-LBJ in 2$^{nd}$car), then 60,000 Marines died in Nam(Pres LBJ 63-68 1st term), 1966 GI hauls his Army foot-locker up a UT clock-tower killed-18, random shooting, 1968 Bobby Kennedy(2nd happiest-day in H-Tx-Pres LBJ life). Ron went to Tx A&M 69-74(BS Civil Eng, Architect-Const, Environmental Discipline) thanks to H-Tx-LBJ deficit-failure way of doing business( LBJ dead 1973, at 65yrs old, USA driven-out of Nam 73, Ron graduates 74, Laos-Cambodia-Nam fall 75). LBJ, his daddy & grandaddy all dead at 65, all heart-attack; at 13yr-old LBJs

tombstone was all ready-made; open-grave already dug(family burial-plot). At what-age will U die? Who was the 1st and last body-count casuality of V-War? JFK and LBJ; Tx wins again; its good for the USA.

When did Rons problems with H begin? Ron bought 4-casa in SE-H in 1986, off MLK St(mucho black). Ron sold 1-Casa to Toribo Delgado and started to have trouble(immediately) with the other 3-homes: tresspasing, Al-siding striped, copper wire stripped, stole car abandoned-stripped, fire, etc. HPD said it was a B&W Tang(hate-racism), Ron said it was the local-bum-Doc who was doing the theft. Doc hung around-rode around with HPD, who did zero; so Ron sold the other 3-homes to Mexicans-familes. In 1989, Ron got run-out of SE-H by HPD and the B&W Tang(racism).   Ron still wanted a home so in 1990 Ron purchased a vacant-lot, 3119 Maysel St in Spring Branch H-Tx that backed-up to White Oak Bayou. Ron felt more comfortable with flooding than the B&W Tang but Ron was still in H so that still meant HPD and H-hate. In 1990 Ron paid $150 for a variance-meeting city-review board(CRB) with 6-H Arch and Eng(topic: the environment ). CRB-how will  U protect yourself-financing-insurance? Ron-I will use Rons-money  to ELEVATE Rons 2-story house 6" higher ( a 6 inch cap on top of existing-slab) should take Ron out of the flood-hazard and away from fed money-insurance-homelessness(fed like to make U homeless then hunt-exterminate you.  Ron-how does the fed-law define-environment? CRB-the fed-law "A Unified National Program for Floodplain Management "(FPM) passed in 1986 defines the environment as: WATER-FLOODING-NATURE-NATURAL LAW-Real-Earth Science etc . Ron-stop, your going to fail-flood miserable. CRB- how so? Ron-your whole  democracy-system in based on a CON-the supernatural. CRB- what are u calling supernateral? Ron-the Christian-love of the Baby Jesus (walk on water, raise the dead, your reward is not on this Earth but when U die you will come into the kingdom of God-heaven), H will flood a bunch its Tx-politics(a pile-of-tricks),... CRB-we are ready to vote; all in favor of granting Ron the elevation-variance say I. All 6 granted the variance, nobody said NO(that lasted 4-months, Injun treaty). Ron built the house for 4-months then the city Red-Tagged, Stop Construction, deed restriction violation. Ron built a 2-story in a 1 story subdivision that had 10 other 2 story homes(they were OK, all married with children and they were not in the fed-flood zone[ no reason for a 2-story: no reason to ELEVATE]). After 5-yrs in 1996, bank-fraud Mayor Bob Lanier(BL) finnally released Rons home so Ron could live in it and finish building. Term limits(3, 2yr) knocked BL(3-failed S&L) out of mayors-office. H-Tx passed term-limits to knock Mayor Kathy Whitmire out but it back-fired and BL was the 1st to fall to term-limits.  H 1st flood was on 3/4/ 1992 under Mayor BL Ron spoke before BL and City-council(Bob ran away, did zero for Ron). H just started flooding under Hs most popular-mayor deficit-failure BL. Ron beat the 1992 flood and 30+ floods. Ron beat all H-floods. Rons home has never flooded and Ron has spoken before mayor and City-council about 10times as a fed-agent for individual, non structural FPM(it works and H violates FPM and Ron).  Ron has filled in Fed court about 15times and always DISSMISSED.  H-floods on-purpose and by-design with all courts-blessing. Mayor Turner refers to flooding as blessing ; starts every Tueday meeting with Christian hug-em-up luv. FPM-the environment is defined as REAL, NATURAL LAW(FPM excluded religion-spiritual-blessing out of the environment(no hug-em-ups, no devil or HPD going to get u)). FPM states mayor(1) and President(35-times),Turner and Trump, are supposed to HELP-ENCOURAGE-SUPPORT non-flooding, non-structural Ron(Rons GO-TO-GUYS are mayor-pres.).
God did not make the FPM-FEMA100 cut( God appears-surfaces  for all taxes = $0 = fld tax + drainage fee = 0). The Churchs-flood and all religions(God-work) get what Ron is intitled to by fed-law( all tax = o, Rons tax = $1.

FRIVOLOUSNESS, FRAUD and DEFICIT: frivilous means unworthy of serious attention(like a lawsuit, the environment or the deficit); fraud means swindle-deception-trick for unlawful-gain(like bank-real estate-corp-politic-fraud) and deficit means fail ure-incomplete-lacks strength(like war, taxes, revenue). The 2nd USA deficit is 20yrs old and $23 trillion($23T) and growing. FPM-environment(E) is tied-directly to deficit-failure = $23T.  Non flooding non structural FPM  E-Ron = flooding structural FPM in all finances = $23T.

Non flooding non structural Ron is suing for an E-budget of $100billion($100B). Ron got the $100B-idea from H-Tx-Pres LBJ and billionare boys club(BBC). The BBC is S&L bank-fraud: Mayor Bob Lanier + Bush family Christian values(Pres Bush1, Pres Bush2 and Neil Bush who owned Silverado S&L). Neil got $1-B, for his failed bank so BL got $3B for his 3-fail banks once daddy(Pres Bush1) gave us our 1st $8T deficit-failure. To take the publics-mind off the $8T deficit-con H-Tx-BL and Bush-family; daddy(Bush1) declared war on Iraq(Iraq1-war) which resulted in 700-oil wells getting torched(that is always good for the E). Pres Bill Clinton wrote-off the 1st $8T deficit with the stroke of a pen. The public did zero about the 1st $8T deficit-con(we were at war); this laid the ground-work for the 2nd $8T deficit-con. Who better than Pres Bush2 with the 2nd $8T deficit-con and Iraq2-war + 6yr Afganistan-war(AW) + Isis-War(IW) to help take the public-mind off the obvious 2nd $8T deficit-theft(like father, like son). Enter Pres Obama with balance-the-budget campaign-promise. Obama-lied, unlike Pres Bill Clinton, Obama does the opposite takes the deficit to $21T = $8T Bush2 + $13T Obama + 8yrs more AW + Isis War(IW)= $21T to take the public-mind off the obvious deficit-con. Enter Trump balance the budget + $100B for E campaign-promise. Trump-lied, Trump takes the deficit-con to $24T = $8T Bush2 + $13T Obama + $3T Trump = $24T + $0 for the E. To take the publics-mind off the obvious on-going $23T deficit-con Trump uses the AW and IW(6yrs Bush2 + 8yrs Obama + 4yrs Trump = 18yrs AW + IW). AW is USA longest-running war(Nam was only 10yrs 1964 – 1973). If it aint broke do not fix it, but the E is broke; record flooding on the coast(USA), the interior(USA) and worldwide. FPM-FEMA 100 ties the E to the deficit(E = $23T = structural E = non structural E = $24T deficit failure). FPM states that non structural is the future for the E; Ron is non flooding non structural FPM and is suing for an E-budget(EB) = to $100B. H is a bankrupt-flooding-health care failure on-purpose , by-design, organized crime(OC). H No-1 export is unnecessary Christian-War for a healthy H-economy. Environmentally H sucks; 30+ floods in 30yrs. How do U kill a pres(JFK), 2 US economies($8T + $8T) and a planet(punch-holes in the ozone with NASA and war); H-Tx-LBJ, H-Tx Bush1 &2(BBC) and unnecessary Christian-War for a healthy H-economy(takes the publics-mind off the obvioue deficit-theft and failing-E[WE ARE AT WAR; WE ARE ALWAYS AT WAR; Iran-again]).

WHAT IS WRONG with the courts, cops, politics, system and POGO, the c lown? Deficit. Simple truth is Ron is up against everyone that collects a deficit-failed paycheck(job security). They do not need a planet. Free enterprise Ron vs deficit-slavery-corrupt economics USA. God-gun-gov is tyranny and opression; God-gun-gov do not need a planet-Earth(they need a worthless paycheck-war-orders).
As long as Ron is not a bankrupt-flooding-healthcare failure and Ron does not violate FEMA100(flood) Ron gets to use anything and is to be encouraged by everyone(all feds-state-city).
Ron uses the OBVIOUS; USA wrecked Earth-E; deficit, war, failure, arms-race, hole-in-ozone(Nasa Saturn-5 rocket). lock-up the innocent, encroachment(education, constitutional-rights, real, common-sense, homeless,...), largest fossil-burner, climate change, global flooding and drought(everyone knows; 10-billion people know)).
How do U wreck a planet-Earth? Deficit-flood-failure; human-encroachment = $23trillion = structural(gun) = non structural E-Ron.
They buried the E with the deficit = $23tril(get a job loser; cops-courts-lock up, jobs-4-Am).
Real-Ron vs deficit-losers(bum-with-gun technology, deficit does not encourage E-Ron]).
FEMA100 calls fed-state-city performance to mitigate(stop)-flooding; fragmented, uncoordinated, unrealistic, predictable flooding failure, lacks eduction; logic-reasonning-common sense-science-history, lacks tax-incentive, encouragment from all bum-with-gun deficit-employees, nothing adverse toward E-Ron, ...,
FEMA100 states "The Constitutional Right to reasonable use of private-property should be a factor in public-interest review". (like a jury-review). After 30-yrs and 30+ no-floods(no court, no jury, granny. just deficit-losers, lock up, homeless, abatement, $12.5K lien,...
How do U sue the worst(suicide)? Extermination, unnecessary Christian war, racism, B&W Tang, losers,

bum-w-gun, lock up, tyranny, oppression, Injun-Treaty, flooding-blessing, Constitutional-Right, moral-responsibility, $23tril, worthless military-courts-cops-perverts(means unnatural), tax insentive evation, abuse of Earth with a <u>deficit-human-paycheck encroachment</u>(jobs-4-Am), obstruction of E-justice to mitigate-flooding(Pres Trump & Mayor Turner promote deficit flood-blessing), Tx proud Death Penalty, HPD <u>promotes-encourages suicide</u>-by-cop(realiztically, <u>HPD-opression-tyranny</u> does not need Earth), Marines ....

Environmentally, H sucks-suicide by cop <u>deficit-flooding-failure</u>(like BBC or BFCV); H treats Ron like a Kennedy(U see 1-Dallas Motorcade parade U seen them all( 911 or a warship in Havana Harbor(for 3-wks nothing, then boom). Earth is suicide-by-cop; JFK was suicide by Tx Marine-police in Nam and Pres: LBJ, Bush1-2, Neil Bush and Mayor Lanier deficit-economy conmen(BBC).
How do U kill: a Pres-JFK(deficit-LBJ), economy-twice(Bush1-2) and a planet(flood, hole in ozone, global warming,...)? EARTH: sucide by cop, jobs 4 Am, 5 H-Mayors & 5 Pres & all courts(dismissed).
E-Ron is suing for an environment-budget = $100billion.
E-Ron is not a <u>bankrupt-deficit flood- healthcare failure; H is</u> 30+ floods in 30yrs is OC.
How did Ron recieve-acquire FPM? H-Mayor: Lanier-Brown-White-Parker-Turner(all FPM-worthless).
What is a bigger-flooding loser than H-Mayors? Tx Pres: LBJ-Bush1-2 and B Clinton-Obama-Trump.

So where is the E? Pig-circus, sucide-by-cop, all 3 courts-ZERO, organized-crime(OC), deficit-drunk economics, BFCV, Tx proud BBC, mucho-floodo planet, moon, Mars(no air-water-gravity), ...

LBJ, Bush1-2 is just like H, Tx and court? They mask obvious-theft fraud-economics and a failed-planet with unnecessary Christian-war for a healthy-H fraud-economy, lock-up the innocent con, tyranny, ,...

The deficit = $23T is where they put the E, why? Human encroach, real greed, BFCV, peace-of-mind, H

Earth's E-future is <u>no flood, non structural FPM-Ron</u> and finnancially non structural = structural = $23T

Rons has to go after the <u>REAL-planet-Earths FPM-E</u> and the 14-defendants(pig circus) are a deficit-flood failure(on-purpose, by-design, organized-crime = flood-insurance, flood-tax and drainage-fee).

No god? Not real. No: god-spiritual-religious-faith base-<u>Christian-hug em up-luv</u>-blessings-Jesus-, ..
God surfaces-appears  for all tax = $0 =  <u>flood tax and drainage fee = $0.0</u>(under FPM all E-Rons taxes = $1, not gods).

<u>How wet and stupid</u> do we have to be to make this deficit pig-circus look good? Your going to need more gods-guns-cops-deficit-failure; lock-up the innocent, suicide-by-cop peace-of-mind, 1st responders, jobs-4-Am, Marines, bum-w-gun technology, losers, ...

What we have here in <u>H-Tx is a deficit-failure-2-comunicate fed-charge</u>s with the <u>end-result being suicide-by-cop</u> flooding-dead planet-Earth. It is how H,Tx,LBJ, Bush1-2, BBC killed a Pres, a US-economy(twice), a planet-Earth and <u>now E-Ron</u>(niger means water). Welcome to H make E-Ron feels like a Kennedy(2nd best day in H-Tx-LBJs life was ? Bobby killed in 1968). When did all this public-shooting start? Tx, U see 1-Dallas Motorcade Parade 1968, U seen them all(911-copycat oil-grab). The 1st body-count-casualty of VW(1964-73) was Pres JFK-1963, 60000 GIs, and VP LBJ-1973 was the last body-cnt.
According to FPMs FEMA100, E-Ron is to be <u>encouraged, use anything</u>, to communicate charges-FRAUD. FDC, Fed District Civil Court is out, why? Since 1990, 30yrs, 30+ flds, 15 lawsuit-DISMISS(Granny law).
FDC: criminal or bankruptcy. Charge: $23tril deficit-failure to <u>mitigate-stop</u> floodg violates FEMA100. E-

FPM-Ron is not the problem; Ron isnt bankrupt-flood-healthcare-failure problem; <u>Ron is non strutural</u>.
   <u>Vs</u>
$23trillion deficit slavery corrupt economics USA is bankrupt-flood-healthcare failure <u>structural-problem</u>
Fed-agent for non flooding, non structural FPM, <u>E-Ron vs</u> $23trillion structured deficit-failure, <u>OC</u>.

Earth has a problem? USA, human encroachment, $23trillion deficit gravy-train(makes its own gravy).
To the defidit-gravy-train they attached the E = water-flood-niger(means water in Africa).
The deficit-drunk, suicide by cop-USA vs free-enterprise Ron: educatn-science-flood history-real-moral...

H violates the fed-law FEMA100 "A Unified National Program for Floodplain Management"(FPM).
Ron is a fed-agent that earned fed police-power for individual, no-flood, non structural FPM. How? Ron elevated his home 6-incher in 1991 and has beaten 30+ floods on White Oak Bayou, H-Tx; thats 30+ fld in 30yrs. Add the $23tril deficit since-2000 Bush2, thats 20yrs. Deficit and Environment(E) = all money; stuctural = non strctural; ... Non structural is the future for E-FPM but the reality-truth is <u>god-gun-gov-BBC</u> get all $23tr; even <u>sucide-by-cop(pig circus)</u> need a planet. Global-warmg is disasterous-4-everyone. Ron is suing for the E to secure the planet; so H can have a No 1 export(unnecessary-Christian War for a healthy H economy), bomba-4-oil, lock up the innocent, homeless, god work extermination, oil war, fraud: real estate-corporate-bank-political fraud, moon-Mars, niger, fld-blessing, whose ass is B&W Tang, racism, hug em up Christian luv,


Hampton Ronald Hanley(Ron is complaining) is suing for the following: FDC, criminal or bankruptcy.
Jury trial demanded. Flooding-worldwide and it is FDC-fault No more civil-court hate-crime, 30yr hate.
Lawsuit = $100billion: Environmental-Budget for individual non structural FPM FEMA100 free-enterprise
This lawsuit is aimed at deficit-H: worthless-payroll, OC, suicide by cop, pig circus, 14defendant, BBC, ...
Charges-Violations-Cause of action: Everthing listed-violates(for 30yrs) FEMA100 FPM = "A Unified National Program for Floodplain Management"(FPM) and violates: science, educatn, $1-tax incentive, Constitutional Right, private property, reasonable use, individual E-Ron, encourage, peace of mind,...
List of Charges: failure-fraud of deficit: cops-courts-pigs-perverts-police(pervert means unnatural)
Failure to mitigate flooding: stop flooding: 30+ floods in 30yrs
"Federal deficit reduction" failure: twice BBC; Bush1 $8+ Bush2 $8 + Obama13 + Trump4 = $33T in 30yr
Environment(E): water-flooding-niger. Problem for E is human encroachment(deficit-failure-greed).
E in FPM = non structural = structural = all finances = deficit = $33tril deficit . Structural gets all money.
Tax: incentive use to encourage proper use of property(like gods-church pay 0-tax).

Failure to encourage FPM, individuals and stop-flooding: The more H floods the more Ron jailed.
Failure to individual safety: suicide: by cop-stun gun-lock up-torture-handcuff-pain-ticketing-pull over-...
Failure to individual peace of mind: homeless 5yr(1991-96), lien, jail, judge pervert- dismiss, 30yrs fld,
Failure to individual economic health: $33tril deficit-cancer is perverted: deficit-slavery-corrupt-econ
Failure to individual social well-being(friendly): HPD oppression: no: phone-city water-US Mail-trash p-u
H treats Ron like a Kennedy; a Dallas Motorcade Parade = to a <u>911 oil-grab; tyranny-opression-USA.</u>
Failure: "The Constitutiuonal right for reasonable use of private-property(PP) should be a factor in <u>public interest review</u>". 30Yr deficit-fraud = no Constitutn right(911)- no reasonable use- no PP or jury-review .
Failure: "The important role that tax adjusments at the fed-state-local level play, both in influencing decisions on floodplain occupancy and relief to <u>individuals should be examined</u>". <u>No court, no examined</u>, no jury, just 30yrs: granny, bankrupt, deficit-flood-failure, sucide-by-cop, 911, lock-up the innocent,...
Failure to Rons tax: relief-adjustmts-provisions-structure-motivatn-coordinatn-evaluatn-incentives,...
Failure to nature-real: Gods-removed from FPM, all church-tax = $0. E-FPM-Ron taxes should be = $1

Failure for non structural FPM = structural FPM = in all financial = $33tril deficit = the environment(E ).
The deficit gets all the money = $33tril, while the  E-Earth gets  unnecessary-Christian war for a healthy H-economy, suicide by cop, Marines, Honorable judge Pervert-Dismiss, lock-up the innocent and seniors, pig circus, 911, Dallas Motorcade Parade, ...
Failed to adverse: Nothing: negative-harmful-adverse-niger-racism-B&W Tang-... Ron got homeless, jail,
Failed to encourage: Ron gets jail-homeless-HPD  BA Tatum stun guns Ron in Rons front yard and writes Ron 9 tickets  is DISCOURAGING-a 6day abatement of Rons home is discourage- a $12500 lien on Rons home is discouraging-sucide by pig circus cop or legal granny dismiss is FPM discouraging-...
Failure Education: $33tr deficit-failure economics is organized crime, USA. School-teach balance-budget.
Failure Science: Nasa punched holes in the ozone; Bush1 torched 700 oil wells to-mask S&L bank-fraud; the link between human encroachment, deficit-failure and E flooding-failure  or  BBC  or  sucide by cop.
Failure History, Tx flood history predicts future Tx flood; yearly 8/26 to 9/19 expecially after 2yr drought.
Failure Real-Realistic-Reality: U also fail: common sense, logic, reasong, facts, nature, natural law, health
Failed Social Security: Intellegent-Strength Disability: free enterprise  vs  sucide by pig-circus cop: Cancer
Fail Mayor Turner(flooding-blessings) & Pres Trump(7-bankruptcy):  deficit-flooding-drunks  vs   E Ron
Failed Health: homeless is extermination, deficit-failure-cause cancer, no city water, H sucks E, sucide-...
Failed legal: lock-up the innocent, slavery, loser needs a deficit-paycheck, granny, god work-no jury-
Failed moral responsibility: what is good or bad for the E(without using god-gun-bombs away folly)
Failed to minimize E and human loss: U have a deficit-flooding-dying planet; jury trial demanded.



Hampton Ronald Hanley(Ron):    1/21/2020

Amegy Bank Notary:

LYDIA T ZERE
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 08/31/2022
NOTARY ID 13170764-2

Lydia Zere

copy to: Harris County District Court 178, 201 Caroline, case # 1649791
Ron will hand-deliver to all 14 defendants for lawsuit-received signature:

RELEASE OF WEEDCUTTING LIEN       RP-2018-168076
                                   04/19/2018   RP2   $16.00

HCAD No   084-138-000-0162
LIEN No.  H-015606409

**THE STATE OF TEXAS**
**COUNTY OF HARRIS**          KNOW ALL MEN BY THESE PRESENT

WHEREAS, the City of Houston, a municipal corporation in Harris County, Texas has heretofore caused certain valuable work or improvement, to wit: the cutting of weeds or brush, the filling of stagnant pools or the removal of trash or other objectionable or unsanitary matter, to be done to with respect to the hereinafter described real property, and in connection therewith, as heretofore, filed its Notice of Lien against such property for the value of such work done or improvements made: LT 162 BLK 6 LANGWOOD SEC 2

NOW THEREFORE, the City of Houston, the owner and holder of the hereinabove mentioned lien does hereby release the above described real property from such lien recorded in the Official Public Records of Real Property of Harris County, Texas under Film No. RP-2016-509198 File No. RP-2016-509198

And the City of Houston does hereby acknowledge the full payment of the lien above referred to and does hereby declare the land and premises hereinabove described and the real and true owners thereof to be fully RELEASED, DISCHARGED and ACQUITTED of all and every lien, debt, claim or obligation whatsoever, incident to or in any manner related to, or arising from the work done or improvements made to said hereinabove described property as set out in the lien instrument.

The release shall be NULL AND VOID if the payment tendered is subsequently canceled, withdrawn, or the check tendered is returned to the City of Houston or does not otherwise result in the full and final payment of the lien amount.

IN TESTIMONY OF WHICH, the City of Houston has caused this release to be on its behalf by the Inspections & Public Service Official of the Department of Neighborhoods, or designee, pursuant to Section 10-457 of the Code of Ordinances of the City of Houston, Texas, this ___19Th___ day of ___April___ 2018.

CITY OF HOUSTON

By: _____
Authorized Representative
Inspections & Public Service
Department of Neighborhoods

___Ana L. Preston___
Print Name

STATE OF TEXAS
COUNTY OF HARRIS

Before me, the undersigned authority a Notary Public in and for said County and State, on this day personally appeared the authorized representative for the City of Houston, Texas, a municipal corporation, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledge to me to be the person who executed the same as the act and deed of the City of Houston, Texas, a municipal corporation, in the capacity therein expressed.

Given under the hand and official seal, this the ___19th___ day of ___April___ 2018.

HoLD FoR Pick-uP √
AT 20 /

_____
Notary Public

___Maria Guerrero___
Print Name



MARIA GUERRERO
MY COMMISSION EXPIRES
MARCH 26, 2022
NOTARY ID: 7998296

**Mailing Address:**
Appraisal Review Board
P.O. BOX 920975
Houston, TX 77292-0975

D0815191L1184



7100 3296 9770 1284 0402





**Appraisal Review Board**
Of Harris County·Appraisal District
13013 Northwest Fwy., Houston, Texas
Information Center: (713)957-7800

PROPERTY DESCRIPTION:
LT 162 BLK 6
LANGWOOD SEC 2

PROPERTY LOCATION:
3119 MAYSEL ST
HOUSTON, TX 77080

0841380000162  2019  20190823 01230
HANLEY RONALD
3119 MAYSEL ST
HOUSTON TX 77080-3617

DATE: 09/03/2019
ACCOUNT #: 0841380000162
YEAR: 2019

## Order Determining Protest

The above property owner filed a notice of protest concerning the appraisal records for the tax year shown. The protest was filed timely and was presented for a hearing.

The Appraisal Review Board delivered notice of the hearing in the manner required by law. The property owner and Chief Appraiser were given the opportunity to present evidence and argument.

After reviewing the notice of protest and having considered the evidence and arguments presented from both sides; the board with a quorum present determined that the property appraisal is correct and should not be changed.

It is therefore ORDERED that the protest be denied.

The value of the property remains:

|  | Market | Appraised/Homestead CAP |
|---|---|---|
| Final Value: | 228,916 | 114,121 |

**THE APPRAISAL REVIEW BOARD MADE A FINAL DECISION ON YOUR PROTEST.**

**A PROPERTY OWNER HAS THE RIGHT TO APPEAL TO DISTRICT COURT AN APPRAISAL REVIEW BOARD ORDER DETERMINING (1) A PROTEST AS PROVIDED BY SUBCHAPTER C OF CHAPTER 41, TEXAS TAX CODE, OR (2) A MOTION FILED UNDER SECTION 25.25, TEXAS TAX CODE. TO APPEAL TO DISTRICT COURT, A PARTY MUST FILE A PETITION FOR REVIEW WITH THE DISTRICT COURT WITHIN 60 DAYS AFTER THE PARTY RECEIVES NOTICE THAT A FINAL APPRAISAL REVIEW BOARD ORDER HAS BEEN ENTERED FROM WHICH AN APPEAL MAY BE HAD. FAILURE TO TIMELY FILE A PETITION WITHIN THE 60-DAY DEADLINE BARS AN APPEAL TO DISTRICT COURT.**

**AS AN ALTERNATIVE TO FILING AN APPEAL TO DISTRICT COURT, A PROPERTY OWNER THAT QUALIFIES MAY APPEAL THROUGH BINDING ARBITRATION PURSUANT TO SECTION 41A.01, TEXAS TAX CODE. AN APPEAL MUST BE FILED WITH THE APPRAISAL DISTRICT NOT LATER THAN THE 60TH DAY AFTER THE DATE THE PROPERTY OWNER RECEIVES NOTICE OF THE ORDER.**

**A PARTY OTHER THAN A PROPERTY OWNER, IN ORDER TO EXERCISE THEIR RIGHT TO APPEAL AN ORDER OF THE APPRAISAL REVIEW BOARD, MUST FILE A WRITTEN NOTICE OF APPEAL WITHIN 15 DAYS AFTER THE DATE THE PARTY RECEIVES THIS NOTICE OR IN THE CASE OF A TAXING UNIT, WITHIN 15 DAYS AFTER THE DATE THE TAXING UNIT RECEIVES NOTICE PURSUANT TO SECTION 41.07, TEXAS TAX CODE.**

FN  0000308689

LF201950183-000001230

environmental deficit encroachmt    FDC civil-criminal-bankruptcy case # _____    01/ 21/ 2020
30-yr H hate-crime sues for an
environmental-budget $100 billion

<u>Original Petition 2019</u>    *LAWSUIT RECIEVED SIGNATURE*

(individual, non structural)   <u>Ron</u>   vs   Houston(H)-Tx-USA (city-state-fed, structural-deficit-failure)
Charge: failure to mitigate-stop floodg violates <u>FEMA100 = Unified National Program for Floodplain Mnt</u>
                                                                                                          FPM
Hampton Ronald Hanley = Ron is the PLAINTIFF-complaining(a non-flooding  complaining-homeowner).
                                                                             vs
H-Tx-USA is the DEFENDANT-pervert means unnaturtal(30+ flds over 30yrs is comfortable perverted,
                                            organized-crime and violates FEMA100 = FPM for 30yrs)
<u>List the defendants-14+</u>: = pig circus, why? The hunt operates deficit slavery corrupt economics-suscide.
City of Houston (COH = H ) + 14 deficit-defendants (jobs for Americans , jobs-4-Amrs)
COH, Mayor Slyvester Turner, 900 Bagby, H, 77002, 832/393-1000.
Harris County Appraisal Dist(HCAD), Jim Robibson, 13013 NW fwy, H 77040, 713/957-7800, fld tax =$1.00
Fed Emergency Mangmt Agency(FEMA), Dir David Paulison, 500C St SW, Washgton DC 20472
Ann Bennett, Tax Assessor-Collector, PO Box 4622, H-77210, 713/368-2000, property tax = $1.00
Director Spring Branch ISD tax Office at 955 Cambell, H-77224, 713/251-7960, school tax $1.00
FDC-Federal District Court clerk, 515 Rusk, H-77002, 713/250-5500 No great prejudice-bias Nancy Atlas
                                                         or 29yr fld-vacation granny-dismiss Judge Lee Rosenthal(Lee)
SDC-State District Court Harris County Civil courthpuse clerk, 201 Caroline, H-77002, 713/368-7150.
HC Probate Civil Court 2, Judge Mike Wood, 201Caroline suite 680, H-77002, 713/368-7150.
#45 President Donald Trump(Don), 1600 Pennsylvania Ave NW, Washington DC,20500,202/456-1414.
Social Securiy(SS), 6401 Security Blvd, Baltimore MD, 21235; Commissioner Mike J Astrue.
Harris County Flood Control(HCFC), 9900 NW Hwy, H-77092; 713/684-4000. Dir Russell Poppe
COH Municipal Court 12, 1400 Lubbock, H-77002                 *CAROL HADDOCK*
Public Work & Engineerg (flood -drainage fee-tax $1.00), 600 Walker, 25th flr, H-77002, Dir ~~Dale Rudick~~.-
Dept of Neighborhd(DUN)dont confuse with Don-#45; 7125Ardmore St. H-77054, Dir Reggie Harris(DRH)
                                      "he likes the action", $12,500 lien,  832/394-0600

Medical-health
*SOCIAL SECURITY 1/21/2020(DROP BOX)*     *FEMA DIR - DAVID PAULISON 1/23/2020*

*Rec'd 1·21·2020 HCFCD*     *#45 PRES. DONALD TRUMP 1/23/2020*

*ANN BENNETT TAX COLLECTOR*     *HCAD*
*1/21/2020 (DROP BOX)*

*Karen Wilson Spring Branch ISD. 1/22/20*
*SUPERINTENDENT DR. JENNIFER BLAINE*

*DP- Department of Neighborhoods 1/23/2020*

*1-23-20 SDC*
ORIGINAL RECEIVED IN
DISTRICT CLERK'S OFFICE
1-23-20
DATE
DEPUTY

JAN 23 2020

COPY

*ROBIN COLLINS*
*MC #12 1/23/2020*
*- COH ENG & WATER*
*CAROL HADDOCK-DIR*
*JACQUELINE HARVEY*